LUKE COLLINS, Respondent, v. BENJAMIN S. COMPTON, Appellant.

1. Judgment affirmed, no exceptions being presented.

*Appeal from St. Louis Law Commissioner's Court.*

*O. H. Platt*, for respondent.

BATES, Judge, delivered the opinion of the court.

This case is brought by appeal from the law commissioner's court. It does not appear that any exception was taken in that court to any part of its action in the case. Even the motion for a new trial is only for the alleged finding against the evidence.

Judgment affirmed, with ten per cent. damages; Judges Bay and Dryden concurring.